

**Libbey Tucker**
6801 Delmar Boulevard, University City, Missouri 63130, Phone: (314) 505-8533
ltucker@ucitymo.org

**Director of Economic Development**

July 22, 2019

To Whom it May Concern:

This is confirm that, per the City Manager and in accordance with Section 215.070 of the City Ordinances (Obstructing Public Places), there is NO permit available for musicians and street performers in the Delmar Loop. Musicians are only permitted who are not stationary. If the business owner engages and supports a performer on their own private property, not in the right of way, they may contact the City Manager's office for approval.

If you have any questions, please contact me at the above.

Sincerely,


Libbey M. Tucker
Assistant to the City Manger
Director of Economic Development

**EXHIBIT 1**