UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

Jennings

_____,  )
      Plaintiff (s),     )
                               )
  v.                        )    Case No.
                               )
City of University City    )
_____,  )
      Defendant(s).   )

NOTICE OF INTENT TO USE
PROCESS SERVER

Comes now **Plaintiffs** _____ and notifies the court of the intent to use
(Plaintiff or Defendant)

Tim Moore
_____
(name and address of process server)

6614 Clayton Road
_____

St. Louis, Missouri
_____

To serve:         **Defendant**
_____ in the
(name of defendants to be served by this process server)

above-styled cause.  The process server listed above possesses the

requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.

The undersigned affirms the information provided above is true and correct.

04/28/2020                                      /s/ Anthony E. Rothert
_____                              _____
(date)                                        (attorney for Plaintiff)

                                                _____
                                                (attorney for Defendant)