**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| RAVEN WOLF C. FELTON JENNNINGS II, RAYMOND DOUGLAS | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 4:20-cv-00584 ) |
| CITY OF UNIVERSITY CITY, MISSOURI | ) ) ) ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

COMES NOW Lisa S. Hoppenjans of the First Amendment Clinic at the Washington University School of Law and hereby enters her appearance on behalf of Plaintiffs Raven Wolf C. Felton Jennings II and Raymond Douglas.

April 28, 2020

Respectfully submitted,

By: /s/ Lisa S. Hoppenjans
Lisa S. Hoppenjans, #63890(MO)
First Amendment Clinic
Washington University School of Law
Campus Box 1120
Anheuser Busch Hall
One Brookings Drive
St. Louis, MO 63130-4899
(314) 935-8980
lhoppenjans@wustl.edu

**ATTORNEY FOR PLAINTIFFS**