**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| RAVEN WOLF C. FELTON JENNNINGS II, RAYMOND DOUGLAS | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 4:20-cv-00584 |
| CITY OF UNIVERSITY CITY, MISSOURI | ) ) ) ) | |
| Defendant. | ) | |

## MOTION FOR LEAVE TO FILE MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION IN EXCESS OF PAGE LIMITATION

Come now Plaintiffs pursuant to E.D.Mo. L.R. 4.01(D) and move this Court for leave to file a memorandum of twenty (20) pages, exclusive of the signature block, certificate of service and attachments, in support of their motion for preliminary injunction. In support, Plaintiffs state:

1. Pursuant to E.D.Mo. LR. 4.01(D), "No party shall file any motion, memorandum, or brief which exceeds fifteen (15) numbered pages, exclusive of the Table of Contents, Table of Authorities, signature page, and attachments, without leave of Court."

2. Plaintiffs' memorandum in support of their motion for preliminary injunction is twenty pages in length, exclusive of the signature block, certificate of service and attachments.

3. Additional pages are needed to explain why a preliminary injunction is appropriate because Plaintiffs' Complaint alleges five counts raising significant constitutional claims.

4. A copy of the proposed Plaintiffs' Memorandum in Support of Their Motion for Preliminary Injunction is attached hereto as Exhibit 1.

WHEREFORE Plaintiffs move this Court for leave to file the memorandum in support that is in excess of the page limitation and for such other and further relief as is just and proper under the circumstances.

DATED: April 28, 2020

Respectfully Submitted,

s/ Lisa S. Hoppenjans
LISA HOPPENJANS, #63890 (MO)
First Amendment Clinic
Washington University in St. Louis
School of Law
One Brookings Drive
Campus Box 1120
St. Louis, MO 63130
Phone: (314) 935-8980
lhoppenjans@wustl.edu


Anthony E. Rothert, #44827(MO)
Jessie Steffan, #64861(MO)
ACLU of Missouri Foundation
906 Olive Street, Suite 1130
St. Louis, Missouri 63101
Phone: (314) 669-3420
arothert@aclu-mo.org
jsteffan@aclu-mo.org

Gillian R. Wilcox, #61278(MO)
ACLU of Missouri Foundation
406 West 34th Street, Ste. 420
Kansas City, MO 64111
Phone: (314) 652-3114
gwilcox@aclu-mo.org

**ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

       I certify that a copy of the foregoing will be served upon defendant by hand delivery at the following address:

>City of University City
>c/o LaRetta Reese
>City Hall
>6801 Delmar Blvd
>University City, Missouri 63130

                                              /s/ Lisa S. Hoppenjans