# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| RAVEN WOLF C. FELTON JENNINGS II, RAYMOND DOUGLAS, <br><br>  Plaintiffs, <br><br> v. <br><br> CITY OF UNIVERSITY CITY, MISSOURI <br><br>  Defendant. | Case No.  4:20-CV-00584 JAR |

## JOINT MOTION FOR EXTENSION OF DEADLINES

COME NOW Plaintiffs and Defendant, by and through their respective undersigned counsel, and respectfully submit this motion requesting that the Court extend certain deadlines in the Case Management Order as amended. In support of this motion, the parties state as follows:

1. On September 24, 2020, the Court entered its Case Management Order (Doc. 29) in this matter and amended same on March 31, 2021.

2. The Case Management Order, as amended, provides that discovery shall be completed in this matter no later than June 7, 2021. (Doc. 37.) It provides further that any motions for summary judgment, motions for judgment on the pleadings, or, if applicable, any motion to exclude testimony pursuant to *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993) or *Kuhmo Tire Co. Ltd. v. Carmichael*, 526 U.S. 137 (1999), must be filed no later than July 6, 2021. (*Id.*) The Order also provides that any responses to such motions shall be filed no later than August 6, 2021, and any reply shall be filed no later than August 20, 2021. (*Id.*)

4. Pursuant to the Court's March 1, 2021 Order referring this case to mediation (Doc. 31) and the Court's March 19, 2021 Order granting the parties' motion to extend the mediation

deadline to April 24, 2021, the parties participated in a mediation on April 23, 2021 before Hon. Donald Wilkerson. At the conclusion of the mediation on that date, given progress that was made in defining the issues and possible bases for resolution, the parties agreed, with the concurrence of the mediator, to continue the mediation another 14 days

5. The Defendant has provided discovery responses regarding specific matters that the Plaintiffs identified as important for the mediation. However, in light of the continued mediation, the parties wish to defer other discovery and other matters in the litigation, in order to focus on a resolution and avoid costs that may prove unnecessary should the mediation be successful. The parties are not in a position to defer such discovery if discovery must be completed by the existing deadline of June 7, 2021.

6. The parties therefore request that the Court extend the deadlines in the existing Case Management Order as follows:

   a. The deadline for the completion of the mediation shall be extended to May 7, 2021.

   b. The deadline for completion of discovery shall be extended to June 21, 2021.

   c. The deadline for motions for summary judgment, motions for judgment on the pleadings, or any motion to exclude testimony pursuant to *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993) or *Kuhmo Tire Co. Ltd. v. Carmichael*, 526 U.S. 137 (1999), shall be extended to no later than July 20, 2021. Responses to such motions shall be filed no later than August 20, 2021, and any reply shall be filed no later than September 3, 2021.

7. The parties do not request the delay of the trial date or the extension of any other deadlines in the existing Case Management Order.

WHEREFORE, in light of the foregoing, Plaintiffs and Defendant respectfully request that the Court grant their Joint Motion for Extension of Deadlines.

Dated:  April 27, 2021                              Respectfully Submitted,

s/ Lisa S. Hoppenjans (by consent)
LISA HOPPENJANS, #63890
FIRST AMENDMENT CLINIC
WASHINGTON UNIVERSITY IN ST. LOUIS
SCHOOL OF LAW
One Brookings Drive, Box 1120
St. Louis, MO 63130
Phone: (314) 935-8980
lhoppenjans@wustl.edu

Anthony E. Rothert, #44827
Jessie Steffan, #64861MO
Kayla M. DeLoach #72424MO
ACLU OF MISSOURI FOUNDATION
906 Olive Street, Suite 1130
St. Louis, Missouri 63101
Phone: (314) 669-3420
arothert@aclu-mo.org
jsteffan@aclu-mo.org
kdeloach@alcu-mo.org

Gillian R. Wilcox, #61278MO
ACLU OF MISSOURI FOUNDATION
406 West 34th Street, Ste. 420
Kansas City, MO 64111
Phone: (314) 652-3114
gwilcox@aclu-mo.org

*Attorneys for Plaintiffs*

3

/s/ Joseph E. Martineau
John M. Hessel, #26408MO
Joseph E. Martineau, #32397MO
LEWIS RICE LLC
600 Washington Avenue, Ste. 2500
St. Louis, Missouri 63101
Phone: (314) 444-7729
Fax: (314) 612-7729
jhessel@lewisrice.com
jmartineau@lewisrice.com

*Attorneys for Defendant City of University City, Missouri*