UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| RAVEN WOLF C. FELTON JENNINGS, II., et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 4:20-CV-00584 JAR |
| CITY OF UNIVERSITY CITY, MISSOURI, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

**IT IS HEREBY ORDERED** that a hearing on Plaintiffs' Renewed Motion for Preliminary Injunction (Doc. No. 43) is set for hearing on **Friday, July 23, 2021 at 10:00 a.m.** in Courtroom 12 N.

Dated this 6th day of July, 2021.

_____<br>
JOHN A. ROSS<br>
UNITED STATES DISTRICT JUDGE