# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| RAVEN WOLF C. FELTON JENNINGS, II, et al., ) ) ) Plaintiffs, ) ) vs. ) ) CITY OF UNIVERSITY CITY, MISSOURI, ) ) Defendant. ) | Case No. 4:20-CV-00584 JAR |

## ORDER

In light of the Court's schedule that includes a criminal trial scheduled for November 8, 2021,

**IT IS HEREBY ORDERED** that the November 8, 2021 trial setting in this case is **VACATED.**

**IT IS FURTHER ORDERED** that this matter is reset for a <u>bench trial</u> on **Wednesday, January 26, 2021 at 10:00 a.m.**

Dated this 8th day of October, 2021.

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**