# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| RAVEN WOLF C. FELTON JENNNINGS II, RAYMOND DOUGLAS, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Case No. 4:20-cv-00584-JAR |
| CITY OF UNIVERSITY CITY, MISSOURI | ) ) ) ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

Emily R. Lazaroff of the American Civil Liberties Union of Missouri Foundation enters her appearance as co-counsel for Plaintiffs.

    Respectfully submitted,
    /s/ Emily R. Lazaroff
    Emily R. Lazaroff, #73811MO
    ACLU of Missouri Foundation
    906 Olive St., Suite 1130
    St. Louis, MO 63110
    314-652-3114
    elazaroff@aclu-mo.org
    *Attorney for Plaintiff*

2

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was filed electronically and served by operation of the CM/ECF system on all counsel of record on October 20, 2021.

/s/ Emily R. Lazaroff